David R. Flyer, Bar #100697
Raquel Flyer, Bar #282248
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8445
(949) 622-8448 (fax)
davidflyer@flyerandflyer.com
raquelflyer@flyerandflyer.com

Attorneys for Plaintiff
NORMAN HOWARD ELLIS

IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORMAN HOWARD ELLIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. 8:22-cv-01995-JVS-LA<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Civil Action No. 8:22-cv-01995-JVS-PLA Jonathan Howard Ellis vs Rob Bonta, in his official capacity as Attorney General of the State of California

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **Rob Bonta, in his official capacity as Attorney General of the State of California**
was received by me on November 30, 2022

☑ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 300 S Spring St Ste 1700, Los Angeles, CA 90013-1256 on December 1, 2022 2:35 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with ___, a person of suitable age and discretion who resides there, on *(date)*, and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Danny (Doe)- Authorized to Accept**, who is designated by law to accept service of process on behalf of **Rob Bonta, in his official capacity as Attorney General of the State of California** on December 1, 2022  2:35 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

*My fees are $ .00 for travel and $ 68.90 for services, for a total of $ 68.90*

*I declare under penalty of perjury that this information is true.*

Date: December 1, 2022

Server's signature

**V. ENRIQUE MENDEZ**
*Printed name and title*

Contracted by DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
*Server's Address*

A0440-355754

**DDS Legal Support**
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

Continued from Proof of Service

**CLIENT:** Flyer & Flyer, A Professional Law Corporation
**CLIENT FILE #:** A2165                                                **DATE:** December 6, 2022

**SUBJECT:** Rob Bonta, in his official capacity as Attorney General of the State of California

```
Complaint For Declaratory And Injunctive Relief; United States
District Court, Central District Of California Civil Cover Sheet;
Certification And Notice Of Interested Parties; Notice Of Assignment
To United States Judges; Notice To Parties Of Court-Directed ADR
Program; Notice to Counsel Re Consent to proceed Before a United
States Magistrate Judge; Summons In A Civil Action; Initial Order
Following Filing Of Complaint Assigned To Judge Selna;
```



| Attorney or Party without Attorney:<br>David R. Flyer, SBN: 100697<br>Flyer & Flyer, A Professional Law Corporation<br>4120 Birch St Ste 101<br>Newport Beach, CA 926602228   E-MAIL ADDRESS (Optional): davidflyer@flyerandflyer.com<br>TELEPHONE No.: (949) 622-8444   FAX No. (Optional): (949) 622-8448<br>Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.:<br>A2165 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District of California, Eastern Division - George E. Brown Jr.

Plaintiff: Norman Howard Ellis
Defendant: Rob Bonta, in his official capacity as Attorney General of the State of California

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>822CV01995JVSPLA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Complaint For Declaratory And Injunctive Relief; United States District Court, Central District Of California Civil Cover Sheet; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed ADR Program; Notice to Counsel Re Consent to proceed Before a United States Magistrate Judge; Summons In A Civil Action; Initial Order Following Filing Of Complaint Assigned To Judge Selna;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

   a. Date of Mailing:        December 1, 2022
   b. Place of Mailing:       Costa Mesa, CA
   c. Addressed as follows:   Rob Bonta, in his official capacity as Attorney General of the State of California
                              ATTENTION: Danny (Doe)- Authorized to Accept -
                              300 S Spring St Ste 1700
                              Los Angeles, CA 90013-1256

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

Fee for Service: $ 68.90
   DDS Legal Support
   2900 Bristol Street
   Costa Mesa, CA 92626
   (714) 662-5555
   Ref: A2165



I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2022.

Signature: _____
                Monica Figueroa

**PROOF OF SERVICE BY MAIL**

Order#: 355754/mailproof