1  DAVID R. FLYER (SBN 100697)
   RAQUEL FLYER (SBN 282248)
2  **FLYER & FLYER, A Professional Law Corporation**
   4120 Birch St., Ste. 101
3  Newport Beach, CA 92660
   Telephone:  949.622.8445
4  Facsimile:  949.622.8448
   Email:      davidflyer@flyerandflyer.com
5              raquelflyer@flyerandflyer.com

6  Attorneys for Plaintiff
   NORMAN HOWARD ELLIS
7

8  ROB BONTA
   Attorney General of California
9  R. MATTHEW WISE
   Supervising Deputy Attorney General
10 NICOLE J. KAU
   Deputy Attorney General
11 State Bar No. 292026
      300 South Spring Street, Suite 1702
12    Los Angeles, CA  90013-1230
      Telephone:  (213) 269-6220
13    Fax:  (916) 731-2125
      E-mail:  Nicole.Kau@doj.ca.gov
14 *Attorneys for Defendant Attorney General*
   *Rob Bonta*
15

16              **UNITED STATES DISTRICT COURT**

17    **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

18

19  NORMAN HOWARD ELLIS,                  CASE NO.  **8:22-cv-01995-JVS-PLA**

20              Plaintiff,                *Assigned to U.S. District Judge Hon.*
                                          *James V. Selna*
21        v.
                                          **JOINT RULE 26(f) REPORT**
22  ROB BONTA, in his official capacity as
    Attorney General of the State of      **Sched Conf.:    January 30, 2023**
23  California, and DOES 1 to 10,         **Time:           10:30 a.m.**
                                          **Place:          Courtroom 10C**
24              Defendants.
                                          Complaint filed October 31, 2022
25

26

27

28

A2165-Draft-JointScheduling-01pld

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

2      **1.   Synopsis:**

3   Plaintiff's position:

4         Plaintiff submitted application for Concealed Carry Weapon ("CCW")

5   license on November 11, 2021. The reason for the application was based on

6   Plaintiff being an avid hunter and for his own safety. In his application, Plaintiff

7   disclosed that over forty years ago he had misdemeanor convictions for vandalism,

8   drunk driving, taking an aircraft without owner's consent, and trespassing. Even

9   earlier, he had criminal charges that were dismissed or did not lead to conviction.

10   With the passage of forty years, he has been rehabilitated and has had no issues

11   with the law since then. Yet, on August 2, 2022, his application for a CCW license

12   was denied, with the stated reason: "The requirement of good moral character was

13   not satisfied due to past criminal history." "Good moral character" in *Cal. Penal*

14   *Code* §26150(a)(1) appears to be a substitute for "proper cause," which our Highest

15   Court held was an unconstitutional hurdle to acquiring a CCW, see *New York State*

16   *Rifle & Pistol Association, Inc. v. Bruen,* 142 S.Ct. 2111, 2126, 213 L.Ed.2d 387

17   (2022). The senior law enforcement officer in California has wrongly interpreted

18   the *Penal Code* to violate Plaintiff's Second Amendment right to "keep and bear

19   arms," as applied to the States by the Fourteenth Amendment. This action for

20   denial of civil rights proceeds under 42 U.S.C. §1983.

21   Defendant's position:

22         Plaintiff Norman H. Ellis alleges that California Penal Code section

23   26150(a)(1) violates the Second Amendment. This statute states that when a person

24   applies for a license to carry a concealed weapon, the sheriff of a county may issue

25   the license upon proof of good moral character, among other criteria. Plaintiff

26   alleges that he applied for a license but was denied by the Orange County Sheriff's

27   Department based on lack of good moral character.

28         Defendant Attorney General Bonta disputes that California Penal Code

A2165 Drafts/JointScheduling-01p1d

1    section 26150(a)(1) is unconstitutional.

2    **2.   Legal Issues:**

3    Plaintiff's position:

4        Whether Bob Bonta, in his official capacity as head of law enforcement in

5    the State of California, has applied an unconstitutional and discretionary "good

6    moral character" standard to justify denial of Plaintiff's CCW license application?

7    Defendant's position:

8        Whether California Penal Code section 26150(a)(1) violates the Second

9    Amendment, facially and as-applied.

10   **3.   Damages:**

11       Monetary damages are not sought.  Plaintiff seeks to have *Cal. Penal Code*

12   §26150(a)(1) declared unconstitutional, because it has been applied to deny his

13   Second Amendment right to keep and bear arms.

14   **4.   Insurance:**

15       Not applicable.

16   **5.   Motions:**

17   Plaintiff's position:

18       Plaintiff does not anticipate filing motions to add parties, amend pleadings,

19   or change venue.

20   Defendant's position:

21       At this time, Defendant does not anticipate filing motions seeking to: (i) add

22   other parties or claims, (ii) file amended pleadings, or (iii) transfer venue.

23   **6.   Discovery and experts:**

24   Plaintiff's position:

25       Plaintiff does not anticipate propounding any discovery nor relying on

26   testimony of any experts, at this time.

27   Defendant's position:

28       There has been no discovery conducted thus far.  Defendant may conduct

JOINT RULE 26(f) REPORT
CASE NO. 8:22-CV-01995-JVS-PLA

A2165\Draft\JointScheduling-01pld

1    discovery regarding Plaintiff's application and denial thereof.  Should Defendant

2    rely on expert testimony, Defendant proposes to make the expert witness disclosure

3    on October 2, 2023, about three months before filing its motion for summary

4    judgment.

5        **7.    Dispositive motions:**

6    Plaintiff's position:

7        Plaintiff expects to file motion for preliminary injunction to set aside *Cal.*

8    *Penal Code* §26150(a)(1) as an unconstitutional hurdle to acquiring a CCW license.

9    Defendant's position:

10       Plaintiff has filed a motion for preliminary injunction with a hearing date of

11   February 13, 2023.  After further discussion between the parties, Plaintiff will

12   resubmit his application for a CCW license to the Orange County Sheriff's

13   Department for reconsideration.  The parties will file a stipulation to continue the

14   hearing date to April 10, 2023.

15       In the event that further briefing is necessary, Defendant anticipates filing a

16   motion for summary judgment, which will address whether California Penal Code

17   section 26150(a)(1), violates the Second Amendment, facially and as-applied.

18   Defendant proposes that the deadline to file its motion for summary judgment be 9

19   months after the Court issues its rulings on the MPI, and that trial be scheduled four

20   months following the ruling on the motion for summary judgment.

21       Defendant also proposes the following briefing schedule for the motion for

22   summary judgment:  Plaintiff will file the opposition brief 45 days following

23   service of the motion for summary judgment, and Defendant will file the reply brief

24   20 days after service of the opposition brief and 14 days before the hearing.

25       **8.    Settlement:**

26   Plaintiff's position:

27       Plaintiff is not a martyr.  But, the only settlement he will accept short of a

28   judicial declaration that the law is unconstitutional, is Defendant's unequivocal

JOINT RULE 26(f) REPORT
CASE NO. 8:22-CV-01995-JVS-PLA

A2165/Drafts/JointScheduling-01pld

1  direction to subordinate officials to grant CCW license to him.   Since the

2  Government is a party, Plaintiff requests that the U.S. Magistrate Judge be assigned

3  for the mandatory settlement conference under Local Rule 16-15.4, ADR option

4  one.  Alternatively, Plaintiff will accept a neutral selected from the panel, ADR

5  option two.

6  Defendant's position:

7       Plaintiff plans to resubmit his application for reconsideration, which may

8  resolve this matter without judicial review.

9       Defendant is willing to participate in ADR Procedure No. 1, under Local

10  Rule 16-15.4.

11  **9.    Trial estimate:**

12  Plaintiff's position:

13       One day court trial.

14  Defendant's position:

15       Defendant anticipates that this case will be resolved by a dispositive motion

16  and that trial will not be necessary.  If trial is required, then Defendant expects that

17  trial will last one day.  As mentioned above in section 7, Defendant proposes that

18  the trial be set four months after the Court rules on Defendant's motion for

19  summary judgment.

20  **10.    Timetable:**

21       Attached as Exhibit "A."

22  **11.    Other issues:**

23       None known.

24  **12.    Conflicts:**

25       Plaintiff is an individual, without subsidiaries, parents or affiliates.

26  **13.    Magistrates:**

27  Defendant's Position:

28       Defendant does not wish to have a Magistrate Judge preside over all

JOINT RULE 26(f) REPORT
CASE NO. 8:22-CV-01995-JVS-PLA

A3165/Draft/JointScheduling-01pld

1    proceedings.

2    Dated: _Janvary 19_, 2023                    FLYER & FLYER, A PROFESSIONAL
3                                                 LAW CORPORATION

4

5                                                 By: _____
6                                                     David R. Flyer
                                                      Raquel Flyer
7                                                     Attorneys for Plaintiff
                                                      NORMAN HOWARD ELLIS

8

9

10   Dated:  January 19, 2023                     ROB BONTA
11                                                Attorney General of California
                                                  R. MATTHEW WISE
12                                                Supervising Deputy Attorney General

13                                                /s/NICOLE KAU
14                                                NICOLE J. KAU
                                                  Deputy Attorney General
15                                                *Attorneys for Defendant Rob Bonta*

16

17

18

19

20

21

22

23

24

25

26

27

28

A2165-Draft/JointScheduling-01pld