JUDGE JAMES V. SELNA
PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: 1 days | 8:30 a.m. (Tuesdays) | | 9/19/23 | 8/6/24 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | 9/12/23 | 7/29/24 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 8/28/23 | 7/22/24 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 8/21/23 | 7/15/24 | |
| Last day for hand-serving Motions in Limine | | -6 | 7/31/23 | 6/24/24 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 7/24/23 | 4/1/24 | |
| Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | 6/26/23 | 1/10/24 | |
| Non-expert Discovery cut-off | | -15 | 6/5/23 | 10/2/23 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice:   (1) CT/USMJ   (2) Atty   (3) Outside ADR

| Expert discovery cut-off | | | | 12/4/23 | |
|---|---|---|---|---|---|
| Rebuttal Expert Witness Disclosure | | | | 11/6/23 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | | 10/2/23 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

# EXHIBIT A

Revised 1-6-10