DAVID R. FLYER (SBN 100697)
RAQUEL FLYER (SBN 282248)
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
Telephone: 949.622.8445
Facsimile: 949.622.8448
Email:   davidflyer@flyerandflyer.com
         raquelflyer@flyerandflyer.com

Attorneys for Plaintiff
NORMAN HOWARD ELLIS


ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6220
  Fax: (916) 731-2125
  E-mail: Nicole.Kau@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORMAN HOWARD ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1 to 10,<br><br>Defendants. | CASE NO. **8:22-cv-01995-JVS-PLA**<br><br>*Assigned to U.S. District Judge The Honorable James V. Selna*<br><br>**STIPULATION FOR DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Complaint filed October 31, 2022 |

TO THE COURT, ALL PARTIES AND COUNSEL:

    Comes now the parties, Plaintiff Norman Howard Ellis and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and

pursuant to FRCP Rule 41(a)(1)(A)(ii), hereby stipulate that the matter has been resolved and agree to dismiss the above entitled case with prejudice, with each party to bear his or its own fees and costs.

Dated: January 25, 2023

FLYER & FLYER, A PROFESSIONAL LAW CORPORATION

By: /s/ David R. Flyer
David R. Flyer
Raquel Flyer
Attorneys for Plaintiff
NORMAN HOWARD ELLIS

Dated: January 25, 2023

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/S/NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendant Rob Bonta*

\*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.