1

2

3

4

5

6

7

**JS-6**

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10

11    NORMAN HOWARD ELLIS,

12                Plaintiff,

13        v.

14    ROB BONTA, in his official capacity as
      Attorney General of the State of
15    California, and DOES 1 to 10,

16                Defendants.

17

18

CASE NO.  **8:22-cv-01995-JVS-PLA**

*Assigned to U.S. District Judge*
*The Honorable James V. Selna*

**ORDER DISMISSING ACTION ON**
**STIPULATION TO DISMISS CASE**
**[17]**

19

20        The Court, having been advised by the parties that this action has been

21    resolved by a Stipulation of Dismissal, hereby orders this action dismissed with

22    prejudice.  The court hereby orders all proceedings in the case vacated and taken off

23    calendar.

24

25    DATED:    January 26, 2023

26                                                          JAMES V. SELNA
                                                            U.S. DISTRICT COURT JUDGE

27

28

ORDER
CASE NO. 8:22-CV-01995-JVS-PLA

A2165/Drafts/Order1pld